**BY ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

September 18, 2025

Re:   Environmental Defense Fund v. United States Environmental Protection Agency,
      No. 25 Civ. 3565 (GHW)

Dear Judge Woods:

  I write respectfully pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the Defendant in the above-referenced matter. The reason for this request is that I have left the Department of Justice. Defendant will continue to be represented by other counsel from the U.S. Attorney's Office for the Southern District of New York who have appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

  I thank the Court for its consideration of this matter.

                Respectfully submitted,

                /s/ Mónica Folch

                MÓNICA P. FOLCH