USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
ENVIRONMENTAL DEFENSE FUND,                             :
:
                           Plaintiff,       :       1:25-cv-3565-GHW
:
        -against-                                          :                ORDER
:
UNITED STATES ENVIRONMENTAL            :
PROTECTION AGENCY,                                           :
:
                       Defendant.        :
:
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

      Pursuant to Chief Judge Swain's October 2, 2025 standing order issued in light of the lapse of funding to the United States Department of Justice, the initial pretrial conference scheduled for October 16, 2025 is adjourned *sine die*. The parties' deadline to submit the joint status letter and proposed case management plan described in the Court's April 30, 2025 order is adjourned *sine die*.

      SO ORDERED.

Dated: October 10, 2025
New York, New York

                                                         GREGORY H. WOODS
                                                  United States District Judge